UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| H. RICHARD AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CV01491 JAR |
| ) | |
| HANOVER INSURANCE COMPANY & ) | |
| MASSACHUSETTS BAY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Before the Court is pro se Plaintiff H. Richard Austin's Motion Requesting an Order That Requires Service of Defendants' Pending Motions, filed with the Court on December 15, 2016. (Doc. No. 15). Plaintiff states that on December 8, 2016, he contacted and was informed by the Clerk of Court's office that Defendants had filed certain motions. He further states that he has since checked his mailbox and has not received a copy of those motions. Plaintiff requests the Court enter an order requiring service of the motions via certified mail. The Court will grant Plaintiff's motion in part, and will direct the Clerk of Court to mail Defendants' motions to Plaintiff's P.O. Box.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. No. 15) is **GRANTED** in part and **DENIED** in part. The Clerk of Court's office is directed to send Defendants' motion to dismiss or in the alternative to transfer, memorandum in support, and motion for sanctions (Doc. No. 12, 13 & 14) to Plaintiff's last known address: H. Richard Austin, P.O. Box 29241, Saint Louis, Missouri 63126.

**IT IS FURTHER ORDERED** that Plaintiff shall submit any response to either of Defendants' motions no later than **December 30, 2016**. The Court notes that failure to comply with this Memorandum and Order may result in the imposition of sanctions.

Dated this 16th day of December, 2016.

_/s/ John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE